872 A.2d 1125

**COMMONWEALTH of Pennsylvania, Appellee,**

**v.**

**Michael SINGLEY, Appellant.**

Supreme Court of Pennsylvania.

April 15, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of April, 2005, the Application for Reargument filed by Appellant in the above-captioned matter is DENIED.